UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         )<br>Plaintiff )<br>         )<br>         )<br>vs.      )<br>         )<br>Severo-Garcia )<br>         )<br>         )<br>Defendant(s) )<br>_____) | 08 CR 2729-LAB<br>CRIMINAL NO. 08 MJ 2234<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United ~~States District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Leobardo Saavedra-Maldonado

DATED: 8/14/08

RECEIVED _____ DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
         Deputy Clerk